KELLY L. ASHMORE, Respondent, v BENJAMIN ASHMORE, SR., Appellant.

Submitted December 2, 2013; decided January 21, 2014

Motion for reconsideration of this Court's October 22, 2013 dismissal order denied [*see* 22 NY3d 946 (2013)].